## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: VIP Development Co. of America, Inc | § | Case No. 05-75226 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 28, 2005. The undersigned trustee was appointed on September 28, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $_____16,270.95_

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 6,936.43 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 9,334.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata o creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 03/16/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,377.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,377.06, for a total compensation of $2,377.06. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2010            By:/s/THOMAS J. LESTER
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-75226

**Case Name:** VIP Development Co. of America, Inc

**Period Ending:** 02/01/10

**Trustee:** (330330)   THOMAS J. LESTER

**Filed (f) or Converted (c):** 09/28/05 (f)

**§341(a) Meeting Date:** 11/09/05

**Claims Bar Date:** 03/16/06

| | 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account  (u)  Debtor ceased doing business before filing chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivable  Debtor filed suit in McHenry County, Case No. 05CH428, to try to collect this A/R. Trustee retained Debtor's counsel as special counsel.  Subject to court approval, the parties to this litigation have agreed to a settlement resulting in a net recovery for the estate of $9,313.68 after payment of approved fees and expenses to Special Counsel.  Settlement paid in two installments:  $7,500 and $8,750 + $10 NSF fee. | 124,152.48 | Unknown | | 16,260.00 | FA |
| 3 | Bank Account Interest Income  (u) | Unknown | N/A | | 10.84 | Unknown |
| 3 | **Assets**    Totals (Excluding unknown values) | $124,152.48 | $0.00 | | $16,270.84 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution to follow after Trustee's Report is approved.

**Initial Projected Date Of Final Report (TFR):**   August 29, 2008        **Current Projected Date Of Final Report (TFR):**   August 29, 2008

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-75226

**Case Name:** VIP Development Co. of America, Inc

**Taxpayer ID #:** 36-3626924

**Period Ending:** 02/01/10

**Trustee:** THOMAS J. LESTER (330330)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****59-65 - Money Market Account

**Blanket Bond:** $1,500,000.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/08 | {2} | Fannie Mae | Partial Payment of A/R Settlement in total amount of $16,250.00 | 1121-000 | 7,500.00 | | 7,500.00 |
| 07/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.41 | | 7,500.41 |
| 07/31/08 | | JP MORGAN CHASE BANK | FIC WITHHOLDING | 2990-000 | | 0.11 | 7,500.30 |
| 08/01/08 | {2} | Woodland Capital Corporation, as Agent | Second and Final Payment on A/R Settlement $16,250 including $10 NSF Check Charge | 1121-000 | 8,760.00 | | 16,260.30 |
| 08/27/08 | 1001 | Perry G. Callas, P.C. | Attorney Fees & Expenses | 3210-000 | | 6,936.32 | 9,323.98 |
| 08/28/08 | | JP MORGAN CHASE BANK | FIC WITHHOLDING CREDIT | 1290-000 | 0.11 | | 9,324.09 |
| 08/29/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.78 | | 9,325.87 |
| 09/30/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.30 | | 9,327.17 |
| 10/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.01 | | 9,328.18 |
| 11/28/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.73 | | 9,328.91 |
| 12/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 9,329.57 |
| 01/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,329.95 |
| 02/27/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,330.30 |
| 03/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,330.70 |
| 04/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,331.08 |
| 05/29/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,331.44 |
| 06/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,331.84 |
| 07/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,332.23 |
| 08/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,332.62 |
| 09/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,333.00 |
| 10/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,333.38 |
| 11/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,333.77 |
| 12/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,334.16 |
| 01/29/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,334.52 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,270.95 | 6,936.43 | $9,334.52 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 16,270.95 | 6,936.43 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $16,270.95 | $6,936.43 | |

{} Asset reference(s)

Printed: 02/01/2010 04:08 PM   V.11.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-75226 | | Trustee: | THOMAS J. LESTER (330330) |
| Case Name: | VIP Development Co. of America, Inc | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****59-66 - Checking Account |
| Taxpayer ID #: | 36-3626924 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | | |
|---|---|---|
| Net Receipts : | 16,270.95 | |
| Net Estate : | $16,270.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****59-65 | 16,270.95 | 6,936.43 | 9,334.52 |
| Checking # ***.*****59-66 | 0.00 | 0.00 | 0.00 |
| | $16,270.95 | $6,936.43 | $9,334.52 |

Printed: 02/01/10 04:17 PM

Page: 1

# Claims Register

**Case: 05-75226**      **VIP Development Co. of America, Inc**

Claims Bar Date:   03/16/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | THOMAS J. LESTER<br>100 PARK AVENUE<br>P.O. BOX 1389<br>ROCKFORD, IL 61105-1389<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>09/28/05 | | $2,377.06<br>$2,377.06 | $0.00 | $2,377.06 |
| 1 | Woodstock Lumber<br>1101 Lake Avenue<br>Woodstock, IL 60098<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/22/05 | | $4,593.41<br>$4,593.41 | $0.00 | $4,593.41 |
| 2 | Grand Rental<br>N 150 North Main<br>Crystal Lake, IL 60014<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/22/05 | | $807.18<br>$807.18 | . | $807.18 |
| 3 | Meyer Material Company<br>c/o Yalden, Olsen & Willette<br>1318 E. State St.<br>Rockford, IL 61104<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/29/05 | | $8,481.16<br>$8,481.16 | $0.00 | $8,481.16 |
| 4 | Marengo Disposal<br>1050 Greenlee<br>Marengo, IL 60152<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/06 | | $621.40<br>$0.00 | $0.00 | $0.00 |
| 5 | Black Diamond<br>748 Tek Drive<br>Crystal Lake, IL 60014<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/11/06 | | $9,600.00<br>$9,600.00 | $0.00 | $9,600.00 |
| 6 | Klein, Stoddard, Buck, et al.<br>122 South Locust Street<br>P.O. Box 86<br>Sycamore, IL 60178<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/12/06 | | $320.75<br>$320.75 | $0.00 | $320.75 |
| 7 | Foydl Concrete<br>982 Darlington<br>Crystal Lake, IL 60014<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/17/06 | | $2,320.00<br>$2,320.00 | $0.00 | $2,320.00 |
| 8 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/06/06 | | $3,995.45<br>$3,995.45 | $0.00 | $3,995.45 |

EXHIBIT

C

ALL-STATE LEGAL®

# Claims Register

### Case: 05-75226      VIP Development Co. of America, Inc

Claims Bar Date:   03/16/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Dennis Neal Woodward<br>1117 Heritage Lane Apt D<br><br>Waldorf, MD 20602 | Secured<br>03/07/06 | | $10,000.00<br>$3,268.41 | $0.00 | $3,268.41 |
| | | | Order entered 4/20/09 allowing secured claim up to $10,000 to be paid after administrative claims. Funds on deposit: $9,334.52 – Requested Administrative Claims: $6,066.11 = $3,268.41. | | | |
| | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| 10 | G&M Electric & Remodeling<br>1020 Oak Ridge Road<br>Carpentersville, IL 60110<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/06/06 | | $2,700.00<br>$2,700.00 | $0.00 | $2,700.00 |
| 11 | Patrick Wolff and Sandra Demet<br>6915 Johnson Road<br>Hebron, IL 60034<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/08/06 | | $144,801.76<br>$0.00 | $0.00 | $0.00 |
| 12 | Patrick Wolff and Sandra Demet<br>6915 Johnson Road<br>Hebron, IL 60034<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/08/06 | | $144,801.76<br>$0.00 | $0.00 | $0.00 |
| 13 | Nowak, Kenneth and Jean<br>c/o Keith E. Allen,Mandell Menkes<br>LLC,333 W. Wacker Drive Suite 300<br>Chicago, IL 60606<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/16/06 | | $117,729.91<br>$117,729.91 | $0.00 | $117,729.91 |
| 14 | Waste Management<br>2421 W Peoria Ave Suite 110<br>Phoenix, AZ 85029<br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/20/06 | | $1,458.70<br>$1,458.70 | $0.00 | $1,458.70 |
| 15 | Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61105<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>09/28/05 | | $3,296.50<br>$3,296.50 | $0.00 | $3,296.50 |
| 16 | Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61105<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>09/28/05 | | $392.55<br>$392.55 | $0.00 | $392.55 |
| NOTFILED | Unsecured Claims from Schedules<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/28/05 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$0.00** | **$161,341.08** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-75226
Case Name: VIP Development Co. of America, Inc
Trustee Name: THOMAS J. LESTER

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Dennis Neal Woodward | $ 3,268.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | THOMAS J. LESTER | $ 2,377.06 | $ |
| Attorney for trustee | Hinshaw & Culbertson LLP | $ 3,296.50 | $ 392.55 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 150,547.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Woodstock Lumber | $ 4,593.41 | $ 0.00 |
| 2 | Grand Rental | $ 807.18 | $ 0.00 |
| 3 | Meyer Material Company | $ 8,481.16 | $ 0.00 |
| 5 | Black Diamond | $ 9,600.00 | $ 0.00 |
| 6 | Klein, Stoddard, Buck, et al. | $ 320.75 | $ 0.00 |
| 7 | Foydl Concrete | $ 2,320.00 | $ 0.00 |
| 8 | Yellow Book USA | $ 3,995.45 | $ 0.00 |
| 10 | G&M Electric & Remodeling | $ 2,700.00 | $ 0.00 |
| 13 | Nowak, Kenneth and Jean | $ 117,729.91 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,458.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14 | Waste Management | $ 1,458.70 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**