| | | |
|---|---|---|
| THOMAS J. LESTER<br>100 PARK AVENUE<br>P.O. BOX 1389<br>ROCKFORD, IL 61105-1389<br>(815) 490-4900 | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | MANUEL BARBOSA<br>211 South Court Street, Rockford, IL 61101<br>03/17/2010<br>09:30am<br>03/17/2010 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: VIP Development Co. of America, Inc     §     Case No. 05-75226
§
§
Debtor(s)     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS J. LESTER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/17/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

       Date Mailed: 02/01/2010       By: /s/THOMAS J. LESTER
                                                          Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL 61105-1389
(815) 490-4900

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| THOMAS J. LESTER | The Honorable: | MANUEL BARBOSA |
| 100 PARK AVENUE | Chapter 7 | |
| P.O. BOX 1389 | Location: | 211 South Court Street, Rockford, IL 61101 |
| ROCKFORD, IL 61105-1389 | Hearing Date: | 03/17/2010 |
| (815) 490-4900 | Hearing Time: | 09:30am |
| | Response Date: | 03/17/2010 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: VIP Development Co. of America, Inc § Case No. 05-75226
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 16,270.95

*and approved disbursements of* $ 6,936.43

*leaving a balance on hand of* [1] $ 9,334.52

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
Dennis Neal Woodward $ 3,268.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | Fees | Expenses |
|---|---|---|---|
| Trustee | THOMAS J. LESTER | $ 2,377.06 | $ |
| Attorney for trustee | Hinshaw & Culbertson LLP | $ 3,296.50 | $ 392.55 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | | $ | $ |
| Attorney for | | $ | $ |
| Accountant for | | $ | $ |
| Appraiser for | | $ | $ |
| Other | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (9/1/2009)

Timely claims of general (unsecured) creditors totaling $ 150,547.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Woodstock Lumber | $ 4,593.41 | $ 0.00 |
| 2 | Grand Rental | $ 807.18 | $ 0.00 |
| 3 | Meyer Material Company | $ 8,481.16 | $ 0.00 |
| 5 | Black Diamond | $ 9,600.00 | $ 0.00 |
| 6 | Klein, Stoddard, Buck, et al. | $ 320.75 | $ 0.00 |
| 7 | Foydl Concrete | $ 2,320.00 | $ 0.00 |
| 8 | Yellow Book USA | $ 3,995.45 | $ 0.00 |
| 10 | G&M Electric & Remodeling | $ 2,700.00 | $ 0.00 |
| 13 | Nowak, Kenneth and Jean | $ 117,729.91 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,458.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14 | Waste Management | $ 1,458.70 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (9/1/2009)**

       The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/THOMAS J. LESTER
                            Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL 61105-1389
(815) 490-4900

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Feb 23, 2010
Case: 05-75226                Form ID: pdf006             Total Noticed: 54

The following entities were noticed by first class mail on Feb 25, 2010.
db           +V.I.P. Development Company of America, Inc.,    2716 Kashmiri Avenue,    McHenry, IL 60050-2878
aty          +Matthew M. Hevrin,    Hinshaw & Culbertson,    100 Park Avenue,    Rockford, Il 61101-1099
aty          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty          +Thomas J Lester,    Hinshaw & Culbertson,    100 Park Avenue,    POB 1389,    Rockford, IL 61105-1389
tr            Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL    61105-1389
9912967      +A-1 Credit Company,    101 Hudson Street,    Jersey City, NJ 07302-3961
9912968      +Abegglen Concrete,    7091 East Starkwood Road,    Clinton, WI 53525-9274
9912969       Adams Steel, Inc.,    3003 West Route 12,    McHenry, IL 60050
9912970      +Alexander Lumber,    P.O. Box 248,    Crystal Lake, IL 60039-0248
9912971      +Attorney Raphael E. Yalden II,    Yalden, Olsen & Willette,    1318 East State Street,
               Rockford, IL 61104-2228
9912972      +Attorney Steven J. Cuda,    Hamer, Schuh & Cuda,    101 Van Buren Street,
               Woodstock, IL 60098-3215
9912973      +Badger Concrete,    11400 Kreutzer Road,    Huntley, IL 60142-8094
9912974      +Black Diamond,    748 Tek Drive,    Crystal Lake, IL 60014-8100
9912975      +Carr Contracting,    4904 Dartmoor,    McHenry, IL 60050-5404
9912976      +Cassidy Conveyor,    P.O. Box 1166,    Huntley, IL 60142-1166
9912977       City of Crystal Lake,    Attention: Brian Puotinen,    P.O. Box 597,    Crystal Lake, IL 60039-0597
10630374    +++Dennis Neal Woodward,    1117 Heritage Lane Apt D,    Waldorf, MD 20602-1824
9912978      +Dennis Woodward,    1117 Heritage Lane, Apt D,    Waldorf, MD 20602-1824
9912979      +Douglas Reick,    1256 Cedar,    Elgin, IL 60120-2205
9912980      +EDS Rental,    904 Front Street,    McHenry, IL 60050-5592
9912981      +Foydel Concrete,    c/o Attorney Wesley R. Pribla,    138 Cass Street,    Woodstock, IL 60098-3254
9912982      +Foydl Concrete,    982 Darlington,    Crystal Lake, IL 60014-7856
9912983      +G&M Electric & Remodeling,    1020 Oak Ridge Road,    Carpentersville, IL 60110-2120
9912984      +Geske & Sons, Inc.,    400 East Terra Cotta,    Crystal Lake, IL 60014-3611
9912985       Grand Rental,    N 150 North Main,    Crystal Lake, IL 60014
9912986      +Hinckley Springs,    P.O. Box 1888,    Bedford Park, IL 60499-1888
9912987      +Home Depot Credit Services,    P.O. Box 6031,    The Lakes, NV 88901-6031
9912988      +Kap Roofing,    93 Berkshire,    Crystal Lake, IL 60014-2809
9912989      +Kay Cee Unlimited, Inc.,    1669 Driftwood Lane,    Crystal Lake, IL 60014-1987
9912990      +Klein, Stoddard, Buck, et al.,    122 South Locust Street,    P.O. Box 86,
               Sycamore, IL 60178-0086
9912991      +Lucco Land Development,    8813 Route 31,    Cary, IL 60013-1817
9912992      +Mancell, Menkes & Surdyk, LLC,    333 West Wacker Drive, Suite 300,    Chicago, IL 60606-1252
9912993      +Manning Concrete, Inc.,    11410 Kreutzer Road, #2,    Huntley, IL 60142-8094
9912994      +Marengo Disposal,    1050 Greenlee,    Marengo, IL 60152-8247
9912995      +Menard's Retail Services,    P.O. Box 4140,    Carol Stream, IL 60197-4140
9912996      +Meyer Material,    P.O. Box 511,    McHenry, IL 60051-0511
10548417     +Meyer Material Company,    c/o Yalden, OIsen & Willette,    1318 E. State St.,
               Rockford, IL 61104-2228
9912998      +Nextell,    P.O. Box 4191,    Carol Stream, IL 60197-4191
9912999      +Northern Materials,    401 Brier Hill Road,    Hampshire, IL 60140-8103
10647191     +Nowak, Kenneth and Jean,    c/o Keith E. Allen,    Mandell Menkes LLC,
               333 W. Wacker Drive Suite 300,    Chicago, IL 60606-1252
9913000      +Office Depot Credit Plan,    P.O. Box 9020,    Des Moines, IA 50368-0001
9913001      +Ozinga Concrete,    2521 Technology Drive #12,    Elgin, IL 60124-7892
10631966     +Patrick E. Wolff,    6915 Johnson Road,    Hebron, IL 60034-9566
10631967    +++Patrick Wolff and Sandra Demet,    6915 Johnson Road,    Hebron, IL 60034-9566
9913002      +Prairie Material,    7601 West 79th Street,    Bridgeview, IL 60455-1115
9913004      +SBC,    200 East Randolph, 68th Floor,    Chicago, IL 60601-6812
9913003      +Sass Electric,    16415 Collins Road,    Woodstock, IL 60098-9283
9913005      +Shell Fleet,    P.O. Box 9016,    Des Moines, IA 50368-0001
9913006      +Tri-Star Heating,    5415 Lucina,    McHenry, IL 60050-7742
9913007    +++Waste Management,    2421 W Peoria Ave Suite 110,    Phoenix AZ 85029-4942
9913008      +Woodstock Lumber,    1101 Lake Avenue,    Woodstock, IL 60098-7413
9913009    +++Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
               Timonium Maryland 21094-5126
The following entities were noticed by electronic transmission on Feb 23, 2010.
9912966       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2010 00:11:11     84 Lumber Company,
               Collections Department,    P.O. Box 365,    Eighty Four, PA 15330-0365
9912997      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2010 00:11:11     Monogram CC Bank GA,
               P.O. Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Perry G Callis
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-3           User: cbachman           Page 2 of 2              Date Rcvd: Feb 23, 2010
Case: 05-75226                 Form ID: pdf006          Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2010**              **Signature:**      *Joseph Speetjens*