## Claims Proposed Distribution

### Case: 05-75226  VIP Development Co. of America, Inc

**Case Balance:** $9,335.09    **Total Proposed Payment:** $9,335.09    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | Dennis Neal Woodward | Secured | 10,000.00 | 3,268.93 | 0.00 | 3,268.93 | 3,268.93 | 6,066.16 |
| | THOMAS J. LESTER <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 2,377.15 | 2,377.11 | 0.00 | 2,377.11 | 2,377.11 | 3,689.05 |
| | Hinshaw & Culbertson LLP <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,296.50 | 3,296.50 | 0.00 | 3,296.50 | 3,296.50 | 392.55 |
| | Hinshaw & Culbertson LLP <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 392.55 | 392.55 | 0.00 | 392.55 | 392.55 | 0.00 |
| 1 | Woodstock Lumber | Unsecured | 4,593.41 | 4,593.41 | 0.00 | 4,593.41 | 0.00 | 0.00 |
| 2 | Grand Rental | Unsecured | 807.18 | 807.18 | 0.00 | 807.18 | 0.00 | 0.00 |
| 3 | Meyer Material Company | Unsecured | 8,481.16 | 8,481.16 | 0.00 | 8,481.16 | 0.00 | 0.00 |
| 4 | Marengo Disposal | Unsecured | 621.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | Black Diamond | Unsecured | 9,600.00 | 9,600.00 | 0.00 | 9,600.00 | 0.00 | 0.00 |
| 6 | Klein, Stoddard, Buck, et al. | Unsecured | 320.75 | 320.75 | 0.00 | 320.75 | 0.00 | 0.00 |
| 7 | Foydl Concrete | Unsecured | 2,320.00 | 2,320.00 | 0.00 | 2,320.00 | 0.00 | 0.00 |
| 8 | Yellow Book USA | Unsecured | 3,995.45 | 3,995.45 | 0.00 | 3,995.45 | 0.00 | 0.00 |
| 10 | G&M Electric & Remodeling | Unsecured | 2,700.00 | 2,700.00 | 0.00 | 2,700.00 | 0.00 | 0.00 |
| 11 | Patrick Wolff and Sandra Demet | Unsecured | 144,801.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | Patrick Wolff and Sandra Demet | Unsecured | 144,801.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 | Nowak, Kenneth and Jean | Unsecured | 117,729.91 | 117,729.91 | 0.00 | 117,729.91 | 0.00 | 0.00 |
| NOTFILED | Unsecured Claims from Schedules | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | Waste Management | Unsecured | 1,458.70 | 1,458.70 | 0.00 | 1,458.70 | 0.00 | 0.00 |
| | **Total for Case 05-75226 :** | | **$458,297.68** | **$161,341.65** | **$0.00** | **$161,341.65** | **$9,335.09** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,066.20 | $6,066.16 | $0.00 | $6,066.16 | 100.000000% |
| Total Secured Claims : | $10,000.00 | $3,268.93 | $0.00 | $3,268.93 | 100.000000% |
| Total Unsecured Claims : | $442,231.48 | $152,006.56 | $0.00 | $0.00 | 0.000000% |