# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: VIP Development Co. of America, Inc § Case No. 05-75226
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS J. LESTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,268.93 | Claims Discharged Without Payment: $274,132.72 |
| Total Expenses of Administration: $13,002.59 | |

3) Total gross receipts of $ 16,271.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,271.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $10,346.00 | $10,000.00 | $3,268.93 | $3,268.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 13,002.63 | 13,002.59 | 13,002.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 261,154.35 | 442,231.48 | 152,006.56 | 0.00 |
| TOTAL DISBURSEMENTS | $271,500.35 | $465,234.11 | $168,278.08 | $16,271.52 |

4) This case was originally filed under Chapter 7 on September 28, 2005.
. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2010        By: /s/THOMAS J. LESTER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| FIC WITHHOLDING CREDIT | 1290-000 | 0.11 |
| Accounts Receivable | 1121-000 | 16,260.00 |
| Interest Income | 1270-000 | 11.41 |
| **TOTAL GROSS RECEIPTS** | | **$16,271.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dennis Neal Woodward | 4210-000 | 10,346.00 | 10,000.00 | 3,268.93 | 3,268.93 |
| **TOTAL SECURED CLAIMS** | | **$10,346.00** | **$10,000.00** | **$3,268.93** | **$3,268.93** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS J. LESTER | 2100-000 | N/A | 2,377.15 | 2,377.11 | 2,377.11 |
| Hinshaw & Culbertson LLP | 3110-000 | N/A | 3,296.50 | 3,296.50 | 3,689.05 |
| Hinshaw & Culbertson LLP | 3120-000 | N/A | 392.55 | 392.55 | 0.00 |
| Perry G. Callas, P.C. | 3210-000 | N/A | 6,936.32 | 6,936.32 | 6,936.32 |
| JP MORGAN CHASE BANK | 2990-000 | N/A | 0.11 | 0.11 | 0.11 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 13,002.63 | 13,002.59 | 13,002.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Woodstock Lumber | 7100-000 | 4,263.95 | 4,593.41 | 4,593.41 | 0.00 |
| Grand Rental | 7100-000 | 482.50 | 807.18 | 807.18 | 0.00 |
| Meyer Material Company | 7100-000 | 0.00 | 8,481.16 | 8,481.16 | 0.00 |
| Marengo Disposal | 7100-000 | 118.00 | 621.40 | 0.00 | 0.00 |
| Black Diamond | 7100-000 | 7,368.10 | 9,600.00 | 9,600.00 | 0.00 |
| Klein, Stoddard, Buck, et al. | 7100-000 | 320.75 | 320.75 | 320.75 | 0.00 |
| Foydl Concrete | 7100-000 | 2,820.00 | 2,320.00 | 2,320.00 | 0.00 |
| Yellow Book USA | 7100-000 | 1,947.32 | 3,995.45 | 3,995.45 | 0.00 |
| G&M Electric & Remodeling | 7100-000 | 2,250.00 | 2,700.00 | 2,700.00 | 0.00 |
| Patrick Wolff and Sandra Demet | 7100-000 | N/A | 144,801.76 | 0.00 | 0.00 |
| Patrick Wolff and Sandra Demet | 7100-000 | N/A | 144,801.76 | 0.00 | 0.00 |
| Nowak, Kenneth and Jean | 7100-000 | 118,729.91 | 117,729.91 | 117,729.91 | 0.00 |
| Waste Management | 7200-000 | 727.66 | 1,458.70 | 1,458.70 | 0.00 |
| Unsecured Claims from Schedules | 7100-000 | 122,126.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 261,154.35 | 442,231.48 | 152,006.56 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-75226 MB | Trustee: | (330330) THOMAS J. LESTER |
|---|---|---|---|
| Case Name: | VIP Development Co. of America, Inc | Filed (f) or Converted (c): | 09/28/05 (f) |
| | | §341(a) Meeting Date: | 11/09/05 |
| | | Claims Bar Date: | 03/16/06 |
| Period Ending: | 06/17/10 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Business Checking Account (u) Debtor ceased doing business before filing chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivable Debtor filed suit in McHenry County, Case No. 05CH426, to try to collect this A/R. Trustee retained Debtor's counsel as special counsel. Subject to court approval, the parties to this litigation have agreed to a settlement resulting in a net recovery for the estate of $9,313.68 after payment of approved fees and expenses to Special Counsel.  Settlement paid in two installments: $7,500 and $8,750 + $10 NSF fee. | 124,152.48 | Unknown | | 16,260.00 | FA |
| 3 | Bank Account Interest Income (u) | Unknown | N/A | | 11.41 | Unknown |
| 3 Assets | Totals (Excluding unknown values) | $124,152.48 | $0.00 | | $16,271.41 | $0.00 |

**Major Activities Affecting Case Closing:**
Distribution to follow after Trustee's Report is approved.

Initial Projected Date Of Final Report (TFR):  August 29, 2008          Current Projected Date Of Final Report (TFR):  August 29, 2008

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75226 MB | | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|---|
| Case Name: | VIP Development Co. of America, Inc | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | **-***6924 | | Account: | ***-*****59-65 - Money Market Account |
| Period Ending: | 06/17/10 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/08 | {2} | Fannie Mae | Partial Payment of A/R Settlement in total amount of $16,250.00 | 1121-000 | 7,500.00 | | 7,500.00 |
| 07/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.41 | | 7,500.41 |
| 07/31/08 | {3} | JP MORGAN CHASE BANK | FIC WITHHOLDING | 2990-000 | | 0.11 | 7,500.30 |
| 08/01/08 | {2} | Woodland Capital Corporation, as Agent | Second and Final Payment on A/R Settlement: $16,250 including $10 NSF Check Charge | 1121-000 | 8,760.00 | | 16,260.30 |
| 08/27/08 | 1001 | Perry G. Callas, P.C. | Attorney Fees & Expenses | 3210-000 | | 6,936.32 | 9,323.98 |
| 08/28/08 | | JP MORGAN CHASE BANK | FIC WITHHOLDING CREDIT | 1290-000 | 0.11 | | 9,324.09 |
| 08/29/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.78 | | 9,325.87 |
| 09/30/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.30 | | 9,327.17 |
| 10/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.01 | | 9,328.18 |
| 11/28/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.73 | | 9,328.91 |
| 12/31/08 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 9,329.57 |
| 01/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,329.95 |
| 02/27/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,330.30 |
| 03/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,330.70 |
| 04/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,331.08 |
| 05/29/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,331.44 |
| 06/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,331.84 |
| 07/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,332.23 |
| 08/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,332.62 |
| 09/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,333.00 |
| 10/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,333.38 |
| 11/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,333.77 |
| 12/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,334.16 |

| | | Subtotals : | $16,270.59 | $6,936.43 | |
|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75226 MB | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|
| Case Name: | VIP Development Co. of America, Inc | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | **-***6924 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/17/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/29/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,334.52 |
| 02/26/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,334.87 |
| 03/17/10 | {3} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.22 | | 9,335.09 |
| 03/17/10 | | To Account #*********5966 | Closing Interest on Account | 9999-000 | | 9,335.09 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 16,271.52 | 16,271.52 | $0.00 |
| | Less: Bank Transfers | 0.00 | 9,335.09 | |
| | Subtotal | 16,271.52 | 6,936.43 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | **$16,271.52** | **$6,936.43** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-75226 MB |
| **Case Name:** | VIP Development Co. of America, Inc |
| **Taxpayer ID #:** | **-***6924 |
| **Period Ending:** | 06/17/10 |

| | |
|---|---|
| **Trustee:** | THOMAS J. LESTER (330330) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/10 | | From Account #*********5965 | Closing Interest on Account | 9999-000 | 9,335.09 | | 9,335.09 |
| 04/06/10 | 9200******5966 | Wire out to BNYM account 9200******5966 | Wire out to BNYM account | 9999-000 | -9,335.09 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** |

{} Asset reference(s)

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-75226 MB
**Case Name:** VIP Development Co. of America, Inc
**Taxpayer ID #:** **-***6924
**Period Ending:** 06/17/10

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******59-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/10 | | | Wire in from JPMorgan Chase Bank, N.A. account *********5966 | 9999-000 | 9,335.09 | | 9,335.09 |
| 04/16/10 | 10101 | THOMAS J. LESTER | Trustee Compensation | 2100-000 | | 2,377.11 | 6,957.98 |
| 04/16/10 | 10102 | Hinshaw & Culbertson LLP | Attorney for Trustee Fees | 3110-000 | | 3,689.05 | 3,268.93 |
| 04/16/10 | 10103 | Dennis Neal Woodward | Pro-rata payment on SC up to $10,000 approved for payment after Admin Claims. | 4210-000 | | 3,268.93 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 9,335.09 | 9,335.09 | **$0.00** |
| Less: Bank Transfers | 9,335.09 | 0.00 | |
| **Subtotal** | 0.00 | 9,335.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,335.09** | |

| | Net Receipts : | 16,271.52 |
|---|---|---|
| | Net Estate : | $16,271.52 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****59-65 | 16,271.52 | 6,936.43 | 0.00 |
| Checking # ***-*****59-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-*****59-66 | 0.00 | 9,335.09 | 0.00 |
| | $16,271.52 | $16,271.52 | $0.00 |

{} Asset reference(s)

Printed: 06/17/2010 09:44 AM V.12.08